# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0680

VERSUS

JASON ANTHONY ORGERON                          **OCTOBER 11, 2023**

---

In Re:      Jason Anthony Orgeron, applying for supervisory writs,
            17th Judicial District Court, Parish of Lafourche, No.
            571157.

---

**BEFORE:   McCLENDON, WOLFE, AND HESTER, JJ.**

   **WRIT GRANTED.** The trial court is ordered to act on relator's application for postconviction relief, filed February 8, 2022, on or before November 6, 2023, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before November 13, 2023.

                              PMc
                              EW
                              CHH


COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT